UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDRICK CONNORS,<br><br>                           Plaintiff,<br>v.<br><br>CHARTER BUSINESS, et al.,<br><br>                         Defendants. | Case No. 3:13-cv-00105-MMD-VPC<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

    Before the Court is Magistrate Judge Valerie Cooke's Report and Recommendation ("R&R") (dkt. no. 7), regarding Plaintiff Fredrick Connor's Complaint and application to proceed *in forma pauperis*. (Dkt. no. 1.) Mr. Connors did not file an objection.

    This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no

objections were made); see also *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g., Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review in order to determine whether to adopt the R&R. The R&R finds that Mr. Connor's Complaint is frivolous and should be dismissed. Upon review of the record in this case, the Court agrees and finds good cause to adopt the R&R in full.

It is hereby ordered that the R&R (dkt. no. 7), is accepted and adopted in full. Mr. Connor's application to proceed *in forma pauperis* (dkt. no. 1) is denied and this action is dismissed without prejudice.

DATED THIS 24th day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE